# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. KARL PRESCOTT

FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): 

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 04-10115-RCL
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check)  ☒ Felony  ☐ Misdemeanor
21 USC 841

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 800.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ _____  SOURCES _____

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE _____  DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: 454 Richard St

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Karl Prescott