# GEORGE F. GORMLEY, P.C.

ATTORNEYS AND COUNSELORS AT LAW

655 SUMMER STREET

BOSTON, MASSACHUSETTS 02210

(617) 478-2750

GEORGE F. GORMLEY
CHRISTIE M. CHARLES

FAX (617) 478-2755

OF COUNSEL
FEDELE AND MURRAY, P.C.

August 2, 2004

Donald Stanhope, Deputy Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  **United States v. Karl Lawrence Prescott**
     **Crim. No. 04-10115-RCL**

Dear Mr. Stanhope:

Confirming our conversation of today, please consider this letter as my request to determine the status of Mr. Prescott's appeal of Magistrate Judge Bowler's detention order of May 12, 2004.

Thank you for your courtesy and attention to this request.

Very truly yours,

George F. Gormley

GFG/an
Enclosures

cc:  Karl L. Prescott (w/o encl.)
     David Tobin, Esq., AUSA
     Thomas O'Brien
     Karen Patino (w/o encl.)
     Michelle Ruff (w/o encl.)