UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>KARL LAWRENCE PRESCOTT )<br>) | Criminal No. 04-10115-RCL |

**Government's Motion For Leave Of Court To File Memorandum of Opposition Late**

The United States of America, by Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant United States Attorney, hereby respectfully moves this Honorable Court to permit the United States to file the Government's Memorandum In Opposition To Defendant's Motion To Revoke Detention Order late.

On May 12, 2004, Chief Magistrate Judge Bowler issued a Memorandum And Order On Government's Motion For Detention, in which the Chief Magistrate Judge detained the defendant. On August 3, 2004, counsel for the defendant, George F. Gormley, Esquire, filed with this Court a Motion For Review, Revocation Or Amendment Of The Detention Order. The Office of the United States Attorney received a copy of the defendant's motion. That copy was inadvertently filed without a government opposition or response being drafted and filed with the court.

Respectfully submitted

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ David G. Tobin
David G. Tobin
Assistant U.S. Attorney

DATED: August 26, 2004