UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10115-RCL

UNITED STATE OF AMERICA

v.

KARL LAWRENCE PRESCOTT

## DEFENDANT KARL PRESCOTT'S MOTION FOR A PRE-PLEA PRESENTENCE REPORT

Now comes the defendant, Karl Lawrence Prescott, and moves this Honorable Court to order a Pre-Plea Presentence Report be prepared by the Probation Department.

As grounds for this request, defense counsel states that a Pre-Plea Presentence Report is necessary to accurately assess the criminal penalties facing Mr. Prescott as he considers whether or not to change his plea to guilty of the crime alleged in the above-captioned indictment.

Respectfully submitted,
KARL LAWRENCE PRESCOTT,
By his attorney,

George F. Gormley /cmc
George F. Gormley
George F. Gormley, P.C.
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

I [certify that the above]
do[cument was served] upon the
at[torney of] record for each other
pa[rty by M]AIL/~~HAND~~ on the date
sta[ted here]in

Christie M Charles

Dated: 9-27-04