UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10115-RCL

UNITED STATES OF AMERICA

v.

KARL LAWRENCE PRESCOTT

### DEFENDANT'S MOTION, PURSUANT TO FED. R. CRIM. P. 7(d), TO STRIKE SURPLUSAGE FROM THE SUPERSEDING INDICTMENT

Now comes the defendant, KARL LAWRENCE PRESCOTT, and respectfully requests that this Honorable Court strike the "Notice of Additional Factors," as it pertains to Mr. Prescott, from the Superseding Indictment as it is improper surplusage. As grounds for this Motion, defendant relies on the accompanying memorandum of law.

I certify that [a copy] of the above document w[as served] upon the attorney of record for each other party by MAIL/[HAND] on the date stated herein

_Christie M. Charles_

Respectfully submitted,
KARL LAWRENCE PRESCOTT,
By his attorneys,

_Christie M. Charles_
_____
George F. Gormley (BBO# 204140)
Christie M. Charles (BBO# 646995)
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750

Dated: 11-3-04