AO 245B  (Rev. 08/04) Criminal Judgment
        Supplemental Statement of Reasons

DEFENDANT:       Karl Lawrence Prescott
CASE NUMBER:   1:  04  CR  10115   - 002 -  RCL
DISTRICT:            MASSACHUSETTS

## SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☐    The court applied the Guidelines and all relevant enhancements in this case.

☐    The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐    The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☑    The court took some other action (Please explain below.):

Imposed a non-guidelines sentence for the reasons explained in the attached pages.

☐    This judgment includes an alternative sentence.