AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

2007 APR 27  P 2: 22

UNITED STATES OF AMERICA

V.

KARL L. PRESCOTT

**WARRANT FOR ARREST**

DISTRICT OF MASS.

Case Number: 04-10115-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Karl L. Prescott__
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
violation of conditions of release

2006 DEC -5  A 9: 07
RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

in violation of Title _____ United States Code, Section(s) _____

| Reginald C. Lindsay | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. District Judge | 12/4/2006    Boston, MA |
| Title of Issuing Officer | Date         Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/24/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |