➤AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Karl Prescott | |
| 214 Russell Street | Case Number: 04-10115-02-RCL |
| Everett, MA 02149 | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| One Courthouse Way<br>Boston, MA 02110 | 11, 5th floor |
| Before: The Honorable Reginald C. Lindsay | Date and Time<br>12/19/2007 11:30 am |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:




_[signature: Lisa M Hourihan]_
Signature of Issuing Officer

11/27/2007
Date

Lisa M. Hourihan, Deputy Clerk
Name and Title of Issuing Officer